UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRADEEP LAKSHMANAN, and JAYASHREE PRADEEP,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY A. RICHARDSON, *et al.*<br><br>Defendants. | Case No. C17-1399RSL<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on defendants' unopposed "Motion to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction." Dkt. # 9. On September 15, 2017, plaintiffs filed a complaint and motion for a temporary restraining order based on the disputed revocation of their visa petitions and other immigration-related authorizations. In the intervening time, U.S. Citizenship and Immigration Services (USCIS) reopened and approved the disputed petitions and authorizations. See Dkt. # 9-1. Defendants then filed the instant motion to dismiss because USCIS's administrative actions rendered plaintiffs' complaint moot, Dkt. # 9, which plaintiffs do not oppose, Dkt. # 10.

Accordingly, defendants' motion, Dkt. # 9, is GRANTED, plaintiffs' pending motion for a temporary restraining order, Dkt. # 2, is DENIED, and the complaint is dismissed in its entirety.

ORDER GRANTING MOTION TO DISMISS - 1

DATED this 7th day of November, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge